UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL NAVARRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; CUSHMAN & WAKEFIELD, INC.; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; BH MANAGEMENT SERVICES, LLC; CAMPUS ADVANTAGE, INC.; CARDINAL GROUP HOLDINGS LLC; CA VENTURES GLOBAL SERVICES, LLC; D.P. PREISS COMPANY, INC.; THE MICHAELS ORGANIZATION, LLC and INTERSTATE REALTY MANAGEMENT COMPANY,<br><br>Defendants. | No. 2:22-cv-01552-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff Gabriel Navarro ("Plaintiff") and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Cushman & Wakefield, Inc., Pinnacle Property Management Services, LLC, BH Management Services, LLC, Campus Advantage, Inc., and Cardinal Group Holdings LLC (collectively, the "Stipulating Defendants"), by and through their respective counsel,[1] hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on November 2, 2022. ECF No. 1.

WHEREAS, Plaintiff has served the Stipulating Defendants with process on or about November 9 and 10, 2022.

WHEREAS, Plaintiff has filed Affidavits of Service of Summons and Complaint on CA Ventures Global Services, LLC, D.P. Preiss Company, Inc., The Michaels Organization, LLC, and Interstate Realty Management Company (collectively, the "Non-Stipulating Defendants"). ECF Nos. 6, 8, 10, 12–13.

WHEREAS, Plaintiff and the Stipulating Defendants are not aware whether the Non-Stipulating Defendants are yet represented by counsel, and, in any event, have not yet heard from Non-Stipulating Defendants.

WHEREAS, the Complaint in this matter asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software for the student leasing market.

WHEREAS, as of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in other District Courts in California, Illinois, and New York, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software.

---

[1] RealPage, Inc., Greystar Real Estate Partners, LLC, Cushman & Wakefield, Inc., Pinnacle Property Management Services, LLC, Campus Advantage, Inc., and Cardinal Group Holdings LLC are still in the process of retaining local counsel for this action and have been represented by national counsel listed in the signature block below in conferences with Plaintiff's counsel.

WHEREAS, Plaintiff and the Stipulating Defendants have conferred telephonically and by electronic mail, and have agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by December 19, 2022 related to a schedule for the case.

WHEREAS, Plaintiff anticipates that Plaintiff will propose a Rule 12 briefing schedule in the status report for the litigation that Plaintiffs think will efficiently and expeditiously move the case forward.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 25th day of November, 2022.

s/ *Rio S. Pierce*
Rio S. Pierce
Hannah K. Song
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(424) 386-4000

Steve W. Berman
Breanna le Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101*Counsel for Plaintiff Gabriel Navarro, Individually and on Behalf of All Others Similarly Situated*

s/ *Emily Brubaker Harris*
Emily Brubaker Harris (WSBA No. 35763)
CORR CRONIN, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001

*Counsel for Defendant BH Management Services, LLC*

**National Counsel Participating in Meet and Confer:**

s/ *Marisa Secco Giles*
Marisa Secco Giles (*pro hac vice* forthcoming)
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701

Jason M. Powers (*pro hac vice* forthcoming)
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002

*Counsel for Defendant Campus Advantage, Inc.*

s/ *Jeremy J. Calsyn*
Jeremy J. Calsyn (*pro hac vice* forthcoming)
Leah Brannon (*pro hac vice* forthcoming)
Kenneth Reinker (*pro hac vice* forthcoming)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

Joseph M. Kay (*pro hac vice* forthcoming)

s/ *Stephen Weissman*
Stephen Weissman (*pro hac vice* forthcoming)
Michael J. Perry (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Daniel G. Swanson (*pro hac vice* forthcoming)
Jay Srinivasan (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

Ben A. Sherwood (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant RealPage, Inc.*

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>*Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC*<br><br>s/ *Timothy R. Beyer*<br>Timothy R. Beyer (*pro hac vice* forthcoming)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br><br>Sarah Hartley (*pro hac vice* forthcoming)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1155 F Street, N.W.<br>Washington, D.C. 20004<br><br>*Counsel for Defendant Cardinal Group Holdings LLC* | s/ *William L. Monts, III*<br>William L. Monts, III (*pro hac vice* forthcoming)<br>Benjamin F. Holt (*pro hac vice* forthcoming)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br><br>Michael M. Maddigan (*pro hac vice* forthcoming)<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br><br>*Counsel for Defendant Greystar Real Estate Partners, LLC* |

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for certain Defendants to Respond to the Complaint. Now therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Cushman & Wakefield, Inc., Pinnacle Property Management Services, LLC, BH Management Services, LLC, Campus Advantage, Inc., and Cardinal Group Holdings LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiff and RealPage, Inc., Greystar Real Estate Partners, LLC, Cushman & Wakefield, Inc., Pinnacle Property Management Services, LLC, BH Management Services, LLC, Campus Advantage, Inc., and Cardinal Group Holdings LLC shall meet and confer and file a status report with the Court by December 21, 2022.

Dated this 28th day of November, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge