**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC.,<br>RENTAL SOFTWARE ANTITRUST<br>LITIGATION (NO. II) | )   **Case No. 3:23-md-3071**<br>)   **MDL No. 3071**<br>)<br>)<br>)   **This Document Relates to: 3:23-cv-00329**<br>) |

## ORDER

Gabriel Navarro has filed a Notice of Dismissal Without Prejudice of Defendant The Michael Organization, LLC and Interstate Realty Management Company. (Doc. No. 303). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against The Michael Organization, LLC and Interstate Realty Management Company. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1