UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

### ORDER

As requested by the Court, certain parties have indicated their willingness to mediate before Chancellor Ellen Hobbs Lyle. The Court approves and appoints Chancellor Lyle to mediate those cases. After further consideration, the Court believes that those Defendants in four cases would also benefit from early mediation before Chancellor Lyle.

To prepare for the mediation on **October 24, 2023**, the Court hereby sets a telephone conference call at 4:00 p.m. Central Standard Time on Monday, **July 31, 2023**. The participants shall be Sam Funk, Jay P. Srinivasan, and Patrick Coughlin. Chancellor Lyle will be on the conference call.

Other defense counsel who wish to participate in the call shall notify the Court no later than noon on **July 31, 2023**, by calling Kelly Parise or Melissa Seay at 615-736-7013.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE