UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) Case No. 3:23-md-3071<br>) MDL No. 3071<br>) )<br>) This Document Relates to: 3:23-cv-00329<br>) |

## ORDER

The Clerk shall terminate Cushman & Wakefield, Inc., and Pinnacle Property Management Services, LLC without prejudice pursuant to Plaintiffs' Notice of Dismissal (Doc. No. 461).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE